■ BRENDA K. HALE, Appellant, v WILMORITE, INC., et al., Respondents and Third-Party Plaintiffs. ONE SOURCE FACILITY SERVICES, INC., Third-Party Defendant-Respondent. (Appeal No. 2.) [825 NYS2d 415]—Appeal from an order of the Supreme Court, Wayne County (Stephen R. Sirkin, A.J.), entered May 22, 2006 in a personal injury action. The order denied plaintiff's motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Hale v Wilmorite, Inc.* (35 AD3d 1251 [2006]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.